FILED

2021 MAR 19 PM 2: 25

United States District Court
District of Florida

Re Case No.:
2017CT000546A-O;
2017mm000596A-O

Jesus Miguel Guzman Junior,

Plaintiff

6:21-cv-508-PGB-EJK

vs.

**VERIFIED COMPLAINT**

STATE OF FLORIDA;

Maureen Bell,
DBA THE HONORABLE
JUDGE MAUREEN BELL (Retired);

Evellen Jewett
DBA THE HONORABLE
JUDGE EVELLEN JEWETT;

Patrick Lewis
DBA ORANGE COUNTY
SHERIFF'S DEPUTY
PATRICK LEWIS;
ET. AL.,;

Defendant(s)

## VERIFIED COMPLAINT

Individually and in his/her official capacity as Orange County Sheriff's Deputy Patrick Lewis and Justice(s) of the Ninth Judicial Court of Orange County, have conspired against and violated the now Plaintiff. The Plaintiff was kidnapped, held for ransom, falsely imprisoned, harassed, neglected, cruel and unusually punished, emotionally distressed, suffering mental anguish and other charges attached with this VERIFIED COMPLAINT.

## JURISDICTIONAL BASIS

I. Plaintiff makes notified, enacting as Sui Juris and Secured Party, under Private Jurisdiction; enforcing the, Exhausting of ALL REMEDIES to wit, one component of such is the enactment of federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution.

This Case brought forth due to the sensitive factor the Plaintiff has been in Private Capacity; suffering injury under "the law" to wit has not been resolved nor compensated via restitution.

United States District Court  
District of Florida

Re Case No.:  
**2017CT000546A-O;**  
**2017mm000596A-O**

II. Plaintiff brings this suit pursuant to Title 42 U.S. Code § 1983 for violations of certain protections guaranteed to him by the First, Fifth, Eighth, Ninth and Fourteenth Amendments of the federal Constitution, by the defendant under color of law in his/her capacity as a judge in the Ninth Judicial Circuit Court of Orange County.

"Plaintiff brings this action against Maureen Bell, Evellen Jewett, Patrick Lewis, DBA MAUREEN BELL, EVELLEN JEWETT, PATRICK LEWIS, federal judicial officer(s), pursuant to *Title 28 U.S. Code § 1331, in claims arising from violations of federal constitutional rights guaranteed in the Florida Amendments to the U.S. Constitution and redress-able pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971).*"

III. Plaintiff Jesus Miguel Guzman Junior is a natural person residing at 4660 Chicadee avenue, Orlando, Florida, 32812.

IV. Defendant(s) is/are, Maureen Bell a (Retired) Judge presiding at Orange County Clerk of Courts Courthouse; Defendant(s) is Evellen Jewett a Judge presiding at Orange County Clerk of Courts Courthouse; Defendant(s) is Patrick Lewis a Deputy presiding at Orange Sheriff's Department; [Notice: Orange County Sheriff's Department has not been included, due to individual judgment by Defendant Patrick Lewis; Orange County Sheriff's Department may share attachment of ACTION from Plaintiff if necessary for exhaustion of remedies and recourse.]  
Plaintiff will submit suit of ACTION on individual basis provided correspondence(s).

## Statement of Case

The Claim(s) of false imprisonment, defamation, infliction of emotional distress, Violation of Constitutional Rights, Violation(s) of Civil Rights. Interference with Plaintiff's free right to travel, Misprision, Racial Profiling, Detention of Liberties Punitive Damages, Pain and Suffering, refusal to obey the law regarding "Service of Process" and Violating the "Due Process Law(s)", Loss of Wages. Irrecompensible loss of time. Involuntary Servitude. Peonage, Wrongful confinement, Damage to Reputation. Character Assassination, Arbitrary Interference with Property Rights. Threat, Duress. Coercion: Irrecompensible damage(s), loss of time at home with family, Loss of Time from Job. Emotional Hardship, Mental Distress. Excessive travel and Travel expenses. Deep distrust in confidence in law enforcement (Mental Detriment), Dishonored Under "COLOR OF LAW", Financial Hardships as well as, Hardships of family assistance which has incurred debts with interest(s), not limited to other violations in attaching document(s).

*Title 42 U.S. Code § 1983 reads as follows:*

*Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.*

United States District Court
District of Florida

Re Case No.:
2017CT000546A-O;
2017mm000596A-O

*The burden of proof is upon the plaintiff to show that the defendant judge acted unconstitutionally or outside of his/her jurisdiction. If the judge engaged in an egregious discrimination against males in a divorce court, minorities in state criminal cases, members of an unpopular religious group in confrontation with government authorities and treated suspiciously in court or members of a "fringe" political group, these situations can give rise to a claim of denial of equal protection under the Fourteenth Amendment.*

If a judge permits an ex parte attachment, i.e. seizure of real estate without giving you notice of a hearing in a state court proceeding, this is a deprivation of property without due process, violating the Fifth Amendment as well as the Fourteenth Amendment.
Ex parte restraining orders forcing men or women out of their homes based on abuse allegations in state courts are a primary and rampant example of violations of constitutional rights today, and certainly actionable in federal court.

The first ten amendments of the Bill of Rights are self explanatory. Violations of any of the rights described in these amendments give rise to causes of action, both against state judges under Title 42 U.S.C. § 1983 and arguably against federal judges in Bivens actions.
Pro SE litigants should give a clear and concise description of what happened in chronological order, identifying the judge, the date, time, and place of his or her action, and specifying which acts violated which constitutional amendments.
The complaint finishes with a section entitled "Prayer for Relief." In such a case you can ask for an injunction ordering another judge to so something, or to refrain from doing something. Successful use of these suits has been made to nullify attachments, end incarcerations, declare laws or court practices unconstitutional and scare the heck out of black robed tyrants with gavels. See Pulliam v. Allen, 466 U.S. 522 (1983).

Wherefore plaintiff **MOVES**, this Court issue equitable relief as follows:
1. Issue injunctive relief commanding defendant to provide "Just Compensation" of $20,000,000.00 USD or Settlement of $3,5000,000.00 USD; OR Settlement satisfied in agreement.
2. Issue declaratory relief as this Court deems appropriate just.
3. Issue other relief as this Court deems appropriate and just.
4. Award plaintiff his costs of litigation.

Respectfully submitted with Honor,

*[signatures: "Authorized Representative", Jesus Miguel Guzman Junior "Authorized Rep", witness: Jeremy Guzman, witness: Kayla Meadows]*

Jesus Miguel Guzman Junior.
JMGJ Agent for :JMGJR: ALL RIGHTS RESERVED.
4660 Chicadee Avenue
Province of Orlando,
Republic of Florida [32812]